## CIVIL PROCEEDINGS

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge Edward J. Lodge            Date:         May 20, 2002
Case No. Cr. 00-082-S            Deputy Clerk: Carol Vaughn
                                 Reporter:     Lisa Yant

**Trina Bristow, et al vs Fleetwood Enterprises, Inc**

   Counsel for Plaintiffs: Daniel Williams and Bill Thomas
   Counsel for Defendants: Jeff Johnson and Monique Tuttle


Hearing on Pending Motions regarding Settlement.

1. Joint Motion for Final Approval of Settlement Agreement:

Ruling:  Court granted final approval.


2. Plaintiff's Petition for Final Approval of Attorney Fees and Litigation Expenses:

Ruling:  Approved.

Order Granting Final Approval signed in open court.




                                 Time: 1:30 - 1:40pm
                                 Boise