

U.S. COURTS

2002 MAY 20  P 4: 08

RECD___ FILED___

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TRINA BRISTOW, CHERYL BRISTOW, RANDY M. LOPEZ, STEVE PETTY, ROY DE LA CRUZ, TOM JOHNSON, KEVIN M. STRICKLEN, RUSSELL L. MOORE, CHARLES R. WHITLEY (f/k/a John Doe I), JOHN DOE II, JANE DOE I, KELVIN LEE JONES, DOUG McDONALD, JANE DOE II, SHARON D. SERMONS, STANLEY WHITE, ALESIA BROWN, HERBERT DuBOSE, FRANK HOOVER, MELVIN STOKES, DARREN GRAY, TERRY LEE SAGER, JIMMY D. MORTON, LONNIE HOLMES, JR., JAN B. BOYD, RANDY L. MORRIS, TIMOTHY D. SCOTT, WILLIAM R. PARKER, TAMMY L. BORING, LINDA K. TURNER and DAVID ZENTGRAF, individuals,<br><br>　　　　　　　　Plaintiffs,<br>vs.<br><br>FLEETWOOD ENTERPRISES, INC., a Delaware corporation,<br><br>　　　　　　　　Defendant. | Case No. CIV 00-0082-S-EJL<br><br>ORDER GRANTING<br>FINAL APPROVAL |

THIS MATTER, having come before this Court on the Parties' Joint Motion for Final Approval of Settlement Agreement, and the Court

   1.　　having reviewed the proposed Settlement Agreement, as well as the Parties' submissions in support thereof;

ORDER GRANTING FINAL APPROVAL, P. 1

2. having noted the Magistrate Court's Order Granting Joint Motion for Preliminary Approval of Settlement, Certification of Settlement Classes, and Approval of Notice of February 1, 2002 ("the Magistrate Court's Order");

3. having noted from Plaintiffs' Notice of Provision of Notices of March 8, 2002, that all notices necessary to effectuate the Magistrate Court's Order were provided;

4. having noted that the time period for class members to object has passed with no objection being filed with the Court; and

5. having conducted a hearing on May 20, 2002, and considered all arguments and evidence submitted and being fully advised in the matter,

THEREFORE, IT IS HEREBY ORDERED that the Parties' Settlement Agreement is granted final approval, along with Plaintiffs' attorneys fees and litigation expenses, in amounts set forth in Plaintiffs' Petition for Final Approval of Attorneys Fees and Litigation Expenses.

IT IS FURTHER ORDERED that, pursuant to the Settlement Agreement, the claims of Defendant's Housing Group production supervisors are hereby dismissed without prejudice, that Plaintiffs' remaining claims are dismissed with prejudice, and that the Court retains jurisdiction over the injunctive relief set forth in the Settlement Agreement for a period of sixteen (16) months (plus such time as is necessary to resolve any matters then pending).

DATED this 20th day of May, 2002.

_____
District Judge

ORDER GRANTING FINAL APPROVAL, P. 2



dkh

United States District Court
for the
District of Idaho
May 21, 2002

\* \* CLERK'S CERTIFICATE OF MAILING \* \*

Re: 1:00-cv-00082

I certify that a copy of the attached document was mailed or faxed to the following named persons:

```
    William H Thomas, Esq.  1-208-345-7894
    HUNTLEY PARK THOMAS BURKETT OLSEN & WILLIAMS
    PO Box 2188
    Boise, ID  83701-2188

    Daniel E Williams, Esq. 1-208-345-7894
    HUNTLEY PARK THOMAS BURKETT OLSEN & WILLIAMS
    PO Box 2188
    Boise, ID  83701-2188

    B Newal Squyres, Esq.   1-208-343-8869
    HOLLAND & HART
    PO Box 2527
    Boise, ID  83701

    Judith A Biggs, Esq.
    HOLLAND & HART
    1050 Walnut St #500
    Boulder, CO  80302

    Holly Stein Sollod, Esq.
    HOLLAND & HART
    PO Box 8749
    Denver, CO  80201-8749

    Jeffrey T Johnson, Esq.
    HOLLAND & HART
    PO Box 8749
    Denver, CO  80201-8749

    Monique A Tuttle, Esq.
    HOLLAND & HART
    555 17th St #3200
    Denver, CO  80202
```



```
        ____ Chief Judge B. Lynn Winmill
        ✓    Judge Edward J. Lodge
        ____ Chief Magistrate Judge Larry M. Boyle
        ✓    Magistrate Judge Mikel H. Williams
```

Cameron S. Burke, Clerk

Date: _5-21-02_      BY: _____
                                                               (Deputy Clerk)