William H. Thomas (ISB 3154)
Daniel E. Williams (ISB 3920)
HUNTLEY PARK, LLP
250 S. Fifth St.
Suite 660
P. O. Box 2188
Boise, ID 83701-2188
Telephone: 208-345-7800
Fax: 208-345-7894
E-mail: wmthomas@idahoatty.com
        danw@idahoatty.com

Attorneys for Plaintiffs

B. Newall Squyres (ISB 1621)
HOLLAND & HART LLP
101 S. Capitol Blvd., Suite 1400
Boise, ID 83702-7714
Telephone: 208-342-5000
Fax: 208-343-8869
E-mail: nsquyres@hollandhart.com

Jeffrey T. Johnson (CO 10224)
Monique A. Tuttle (CO 26576)
HOLLAND & HART LLP
555 Seventeenth St., Suite 3200
Denver, CO 80202
Telephone: 303-295-8000
Fax: 303-713-6202
E-Mail: jjohnson@hollandhart.com
        mtuttle@hollandhart.com

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TRINA BRISTOW, CHERYL BRISTOW, RANDY M. LOPEZ, STEVE PETTY, ROY DE LA CRUZ, TOM JOHNSON, KEVIN M. STRICKLEN, RUSSELL L. MOORE, CHARLES R. WHITLEY (f/k/a John Doe I), JOHN DOE II, JANE DOE I, KELVIN LEE JONES, DOUG McDONALD, JANE DOE II, SHARON D. SERMONS, STANLEY WHITE, ALESIA BROWN, HERBERT DuBOSE, FRANK HOOVER, MELVIN STOKES, DARREN GRAY, TERRY LEE SAGER, JIMMY D. MORTON, LONNIE HOLMES, JR., JAN B. BOYD, RANDY L. MORRIS, TIMOTHY D. SCOTT, WILLIAM R. PARKER, TAMMY L. BORING, LINDA K. TURNER and DAVID ZENTGRAF, individuals,<br>        Plaintiffs,<br>vs.<br>FLEETWOOD ENTERPRISES, INC., a Delaware corporation,<br>        Defendant. | Case No. CIV 00-0082-S-EJL<br><br>**ORDER APPROVING DISBURSEMENT OF REMAINING SETTLEMENT FUNDS** |

ORDER APPROVING DISBURSEMENT OF
REMAINING SETTLEMENT FUNDS, P. 1

#237

The Court, having before it the parties' Joint Motion to Approve Disbursement of Remaining Settlement Funds ("Joint Motion"), and good cause appearing therefor;

IT IS HEREBY ORDERED that the Parties make a final distribution of the remaining settlement proceeds as set forth in Exhibit A to the parties' Joint Motion.

DATED this 4th day of June, 2004.

_____
Edward J. Lodge, U.S. District Judge

ORDER APPROVING DISBURSEMENT OF
REMAINING SETTLEMENT FUNDS, P. 2

United States District Court
for the
District of Idaho
June 7, 2004

\* \* CLERK'S CERTIFICATE OF MAILING \* \*

Re: 1:00-cv-00082

I certify that I caused a copy of the attached document to be mailed or faxed to the following named persons:

William H Thomas, Esq.  1-208-345-7894
HUNTLEY PARK THOMAS BURKETT OLSEN & WILLIAMS
PO Box 2188
Boise, ID  83701-2188

Daniel E Williams, Esq.  1-208-345-7894
HUNTLEY PARK THOMAS BURKETT OLSEN & WILLIAMS
PO Box 2188
Boise, ID  83701-2188

B Newal Squyres, Esq.  1-208-343-8869
HOLLAND & HART
PO Box 2527
Boise, ID  83701

Judith A Biggs, Esq.
HOLLAND & HART
1050 Walnut St #500
Boulder, CO  80302

Holly Stein Sollod, Esq.
HOLLAND & HART
PO Box 8749
Denver, CO  80201-8749

Jeffrey T Johnson, Esq.  1-303-295-8261
HOLLAND & HART
PO Box 8749
Denver, CO  80201-8749

Monique A Tuttle, Esq.
HOLLAND & HART
555 17th St #3200
Denver, CO  80202

_____ Chief Judge B. Lynn Winmill
__✓__ Judge Edward J. Lodge
_____ Chief Magistrate Judge Larry M. Boyle
_____ Magistrate Judge Mikel H. Williams

cc: Finance

Visiting Judges:
     Judge David O. Carter
___ Judge John C. Coughenour
___ Judge Thomas S. Zilly

Cameron S. Burke, Clerk

Date: 6-7-04

BY: _____
(Deputy Clerk)